

515 S. Flower Street, Suite 1800
Los Angeles, CA 90071

**PETER E. PERKOWSKI** (*he/him*)
o: 213.340.5796
peter@perkowskilegal.com

September 8, 2025

**By ECF**

Hon. Arun Subramanian
U.S. District Court for the Southern District of New York
United States Courthouse
500 Pearl St., Courtroom 15A
New York, New York 10007

Re:   *Ontiveros-Gima v. Studio Naomi Inc.*, No. 1:25-cv-05019 (AS)
      Request to Adjourn Initial Pretrial Conference

Your Honor:

This firm represents plaintiff Richard Ontiveros-Gima in the above-referenced matter. In accordance with Paragraphs 3(E) and 8(A) of the Court's Individual Practices, and for the reasons that follow, Mr. Ontiveros-Gima respectfully requests that the Initial Pretrial Conference ("IPC") be adjourned to a date convenient to the Court in November 2025.

1. **Original date.** Per the Court's June 20, 2025, Order (ECF 8), the IPC is set for September 18, 2025, at 3:00 p.m.
2. **Previous requests.** No party has previously requested that the IPC be adjourned.
3. **Reasons for the request.** Defendant has been served with process but has neither retained an attorney nor responded to the complaint. The corporate defendant cannot appear at the IPC unrepresented. In addition, the parties have reached a settlement in principle that would resolve the dispute in its entirety. The parties need time to memorialize the settlement and perform any obligations. Should the parties fail to finalize and execute a settlement agreement, plaintiff will request the entry of default against defendant.
4. **Consent.** Defendant has not appeared and is not represented by counsel, so plaintiff did not seek its consent to this request. An adjournment will not prejudice defendant and, because its time to respond to the complaint has passed, may even be to defendant's benefit.

A scheduling order has not yet issued, so this request will not affect any other deadlines in the case.

Very respectfully,

/s/ *Peter Perkowski*

Peter E. Perkowski
Counsel for Plaintiff

The request for adjournment is GRANTED. The initial pre-trial conference is rescheduled to November 4, 2025 at 4:00 PM. The dial-in information remains the same. The parties shall file materials in accordance with Paragraph 4.D of the Court's individual practices no later than Wednesday of the week prior to the conference date.

The Clerk of Court is directed to terminate the motion at Dkt. 10.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: September 9, 2025